IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:25-CV-000230

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC; TIMOTHY A. CHURCH D/B/A TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC. AND ARETE ENGINEERS, PLLC,

Defendants.

**NOTICE OF APPEARANCE of COUNSEL**

To the Clerk of Court and all counsel of record:

The undersigned hereby gives notice that the law firm of McAngus Goudelock & Courie, PLLC, by and through attorney John E. Spainhour shall now appear as counsel of record for the Defendant, A Flooring Outlet, Inc., in this action.

This the 20th day of August, 2026.

/s/JOHN E. SPAINHOUR
Bar No: 28089
Attorney for A Flooring Outlet, Inc.
McAngus Goudelock & Courie, PLLC
**Mailing Address:** Post Office Box 30307
Charlotte, NC 28230
(828) 575-1900
jspainhour@mgclaw.com