IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:25-CV-000230

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC; TIMOTHY A. CHURCH D/B/A TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC. AND ARETE ENGINEERS, PLLC,

Defendants

**DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

This disclosure must be filed on behalf of each non-governmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. Plaintiff or moving party must serve this form on the defendants(s) or respondent(s) when initial service is made.

A Flooring Outlet, Inc.____________ who is _Defendant________________________________,
(Name of Party) (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?

YES ☐ NO ☒

2. Does party have any parent corporations?

YES ☐ NO ☒

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
n/a

______

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

YES ☐ NO ☒

If yes, identify all such owners:

______

______

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

YES ☐ NO ☒

If yes, identify the entity and the nature of its interest:

______

**5.** Is the party a trade association?

YES ☐ NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
n/a

______

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

n/a

McANGUS GOUDELOCK & COURIE, PLLC

/s/John E. Spainhour
NC Bar No. 28089
10 Brook Street, Suite 200
Asheville, North Carolina 28803
Phone: (828) 575-1902
Fax: (828) 707-9423
Email: jspainhour@mgclaw.com

ATTORNEYS FOR A FLOORING OUTLET, INC.

August 24, 2026