IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:25-cv-00230-MR-WCM

| | | |
|---|---|---|
| DOUGLAS S. RIORDAN<br><br>Plaintiff,<br><br>v.<br><br>VPC BUILDERS, LLC;<br>TIMOTHY A. CHURCH d/b/a<br>TIMOTHY CHURCH MASONRY;<br>PRICE FRAMING AND<br>CONSTRUCTION, LLC;<br>WATAUGA VALLEY SERVICES,<br>LLC; A FLOORING OUTLET, INC.;<br>and ARETÉ ENGINEERS, PLLC,<br><br>Defendants. | ) | **NOTICE OF APPEARANCE** |

COMES NOW the undersigned attorney, David M. Harmon, of the law firm of York Harmon Johnson Ehrlich, LLP, and gives notice of appearance as counsel of record for Defendant Price framing and construction LLC in the above-captioned case.

This the 24th day of August, 2026.

David M. Harmon
N.C. State Bar No. 28395
YORK HARMON JOHNSON, LLP
115 N. Torrence Stret
Charlotte, NC 28204
(704) 731-7768
dharmon@yhjlaw.com
*Attorney for Defendant Price framing and construction LLC*

**CERTIFICATE OF SERVICE**

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **NOTICE OF APPEARANCE** was served via CM/ECF to the following:

Jonah Nathan Bamel
Paul Agustus Capua
CAPUA LAW FIRM, PA
118 North Depot Street
Boone, NC 28607
828-503-1377
828-378-0236
jonah@capualaw.com
paul@capualaw.com
*Attorneys for Plaintiffs/Counter Defendants Doug S. Riordan and Erin Riordan*

Paul Evertt Culpepper
YOUNG, MORPHIS, BACH & TAYLOR, LLP
P.O. Drawer 2428
Hickory, NC 28603
828-322-4663
828-324-2431 (fax)
paul@hickorylaw.com
*Attorney for Defendant/Counter Claimant, VPC*

Nathan Arthur Miller
MILLER & JOHNSON, PLLC
PO Box 49
Boone, NC 28607
828-264-1125
828-262-3544 (fax)
nathan@millerandjohnsonlaw.com
*Attorney for Defendant/Counter Claimant, VPC*

Natalia Lynn Talbot
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
828-220-3582
natalia@capualaw.com
*Attorney for Counter Defendant/Plaintiffs, Doug S. Riordan and Erin Riordan*

David M. Harmon
N.C. State Bar No. 28395
YORK HARMON JOHNSON, LLP
115 N. Torrence Stret
Charlotte, NC 28204
(704) 731-7768
dharmon@yhjlaw.com
*Attorney for Defendant Price framing and construction LLC*