**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 1:25-cv-00230-MR-WCM**

| | |
|---|---|
| DOUGLAS S. RIORDAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VPC BUILDERS, LLC; TIMOTHY A. CHURCH d/b/a TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC.; and ARETÉ ENGINEERS, PLLC, | ) |
| | ) |
| Defendants. | ) |

MOTION OF PRICE FRAMING AND CONSTRUCTION LLC TO EXTEND TIME TO ANSWER AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Price framing and construction LLC, moves the Court for a thirty (30) day extension of time to respond to the Complaint. In support of their motion, this Defendant shows unto the Court the following:

1. On July 28, 2026, Plaintiff filed the Amended Complaint in this action, in which moving defendant was added to the present litigation.

2. This Defendant received service of the Amended Complaint on August 5, 2026. Under the Rules, this Defendant has until August 26, 2026, to respond to the Amended Complaint.

3. This Defendant needs additional time to properly investigate and respond to the

allegations and claims in the Amended Complaint. This Defendant requests a 21-day extension of time, up through and including September 16, 2026, to answer or otherwise respond to the Amended Complaint.

4. Counsel for this Defendant has consulted with Plaintiff's counsel concerning the extension requested, and Plaintiff consents to the 21-day extension sought by this motion.

5. This motion is made in good faith and not for the delay or any other improper purpose. The extension will not be prejudicial to Plaintiff.

WHEREFORE, Defendant Price framing and construction LLC moves the Court for a twenty-one (21) day extension, up through and including September 16, 2026, in which to file its answer to the Amended Complaint.

This the 24th day of August, 2026.

David M. Harmon
N.C. State Bar No. 28395
YORK HARMON JOHNSON EHRLICH, LLP
115 N. Torrence Street
Charlotte, NC 28204
Telephone: (704) 731-7768
dharmon@yhjlaw.com
*Attorney for Defendant Price framing and construction LLC*

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENED COMPLAINT** was served this day via CM/ECF to the following:

Jonah Nathan Bamel
Paul Agustus Capua
CAPUA LAW FIRM, PA
118 North Depot Street
Boone, NC 28607
828-503-1377
828-378-0236 (fax)
jonah@capualaw.com
paul@capualaw.com
*Attorneys for Plaintiffs/Counter Defendants Doug S. Riordan and Erin Riordan*

Paul Evertt Culpepper
YOUNG, MORPHIS, BACH & TAYLOR, LLP
P.O. Drawer 2428
Hickory, NC 28603
828-322-4663
828-324-2431 (fax)
paul@hickorylaw.com
*Attorney for Defendant/Counter Claimant, VPC*

Nathan Arthur Miller
MILLER & JOHNSON, PLLC
PO Box 49
Boone, NC 28607
828-264-1125
828-262-3544 (fax)
nathan@millerandjohnsonlaw.com
*Attorney for Defendant/Counter Claimant, VPC*

Natalia Lynn Talbot
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
828-220-3582
natalia@capualaw.com
*Attorney for Counter Defendant/Plaintiffs, Doug S. Riordan and Erin Riordan*

This the 24th day of August, 2026.

David M. Harmon
N.C. State Bar No. 28395
YORK HARMON JOHNSON EHRLICH, LLP
115 N. Torrence Stret
Charlotte, NC 28204
(704) 731-7768
dharmon@yhjlaw.com
*Attorney for Defendant Price framing and construction LLC*