**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**Case No. 1:25-cv-00230**

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC, TIMOTHY A. CHURCH d/b/a TIMOTHY CHURCH MASONRY, PRICE FRAMING AND CONSTRUCTION, LLC, WATAUGA VALLEY SERVICES, LLC, A FLOORING OUTLET, INC., and ARETÉ ENGINEERS, PLLC,

Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that attorney Natalia Talbot, has departed from Capua Law Firm P.A. Therefore, Plaintiff, Douglas S. Riordan and third-party Defendant, Erin Riordan (collectively “Riordan”), notify the Court that the undersigned counsel, Paul Capua of Capua Law Firm P.A., who is also currently counsel of record for Riordan, will continue to remain counsel for Riordan in this matter. Accordingly, future notices, filings, and communications concerning Riordan should continue to be directed to Paul Capua at the address and contact information below.

Dated: August 24, 2026 Respectfully submitted,

*/s/ Paul Capua*
Paul Capua (SBN 40239)
Paul@capualaw.com

**CAPUA LAW FIRM P.A.**
118 N. Depot Street
Boone, NC 28607
Telephone: (828) 264-0260
Facsimile: (828) 378-0236

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **NOTICE OF SUBSTITUTION OF COUNSEL** was served via CM/ECF to the following:

Nathan Miller
MILLER & JOHNSON, PLLC
nathan@millerandjohnsonlaw.com
*Attorneys for VPC Builders, LLC*

Paul Culpepper
YOUG MORPHIS, et al.
paulc@hickorylaw.com
*Attorneys for VPC Builders, LLC*

John Spainhour
MCANGUS GOUDELOCK & COURIE
jspainhour@mgclaw.com
*Attorneys for A Flooring Outlet, Inc.*

This the 24th day of August, 2026.

/s/ **Paul A. Capua**
Paul A. Capua – NC Bar No. 40239