IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-cv-00230

| | |
|---|---|
| Douglas S. Riordan | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| VPC Builders, LLC, et al | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE BY PARTY OR INTERVENOR IN A DIVERSITY CASE

This disclosure must be filed on behalf of each party or intervenor to an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must file this disclosure at the time of the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court. The disclosing party also must serve this form on the other parties to the action.

Price framing and construction LLC who is Defendant
*(Name of Party)* *(Plaintiff / Defendant/Movant/Intervenor)*

makes the following disclosures:

1. Is the party identified above an individual?

___ YES X NO

If the answer is "YES," identify the State citizenship of that individual:

____________________________

If the answer is "NO," proceed to question No. 2 below.

2. Identify the name and State citizenship of every individual or entity whose citizenship is attributable[1] to the party identified above:

| Name of Individual/Entity | Citizenship |
| --- | --- |
| Zackery Alan Price | North Carolina |
| Dominique Price | North Carolina |
| | |
| | |
| | |
| | |
| | |
| | |

s/ David M. Harmon
Signature of Attorney

8/25/2026
Date

[1] "For purposes of diversity jurisdiction, the citizenship of a limited liability company . . . is determined by the citizenship of all of its members." Cent. W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC, 636 F.3d 101, 103 (4th Cir. 2011). When members are LLCs themselves, the citizenship issues must be traced through until one reaches only individuals and/or corporations. See Jennings v. HCR ManorCare, Inc., 901 F.Supp.2d 649, 651 (D.S.C. 2012) ("an LLC's members' citizenship must be traced through however many layers of members there may be").

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **foregoing document** was served via CM/ECF to the following:

| NAME/FIRM/ADDRESS | DELIVERY METHOD |
|---|---|
| **Jonah Nathan Bamel**<br>**Paul Augustus Capua**<br>CAPUA LAW FIRM, PA<br>118 North Depot Street<br>Boone, NC 28607<br>828-503-1377<br>828-378-0236<br>Email: jonah@capualaw.com<br>Email: paul@capualaw.com<br>*Attorney for Plaintiffs/Counter Defendants Doug S. Riordan and Erin Riordan* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |
| **Paul Evertt Culpepper**<br>YOUNG, MORPHIS, BACK & TAYLOR, L.L.P.<br>P.O. Drawer 2428<br>Hickory, NC 28603<br>828-322-4663<br>Fax: 828-324-2431<br>Email: paulc@hickorylaw.com<br>*Attorney for Defendant/Counter Claimant, VPC* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |
| **Nathan Arthur Miller**<br>MILLER & JOHNSON, PLLC<br>P.O. Box 49<br>Boone, NC 28607<br>828-264-1125<br>Fax: 282-262-3544<br>Email: nathan@millerandjohnsonlaw.com<br>*Attorney for Defendant/Counter Claimant, VPC* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |
| **John E. Spainhour**<br>McANGUS GOUDELOCK & COURIE, LLC<br>10 Brook St.<br>Asheville, NC 28803<br>828-575-1902<br>Email: jspainhour@mgclaw.com<br>*Attorney for Defendant A Flooring Outlet, Inc.* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |

This the 25th day of August, 2026.

David M. Harmon