IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-cv-00230

| | |
|---|---|
| DOUGLAS S. RIORDAN | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| VPC BUILDERS et al | ) |
| | ) |
| Defendant(s). | ) |

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OR PROPOSED INTERVENOR OF CORPORATE
AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT
FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

Price framing and construction LL( who is Defendant
*(Name of Party)* *(Plaintiff / Defendant/Movant/Intervenor)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes ☒ No

2. Does the party have any parent corporations?
   ☐ Yes ☒ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes ☒ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

☐ Yes ☒ No

If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?

☐ Yes ☒ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

N/A

s/ David M. Harmon
Signature of Attorney

8/25/2026
Date

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **foregoing document** was served via CM/ECF to the following:

| NAME/FIRM/ADDRESS | DELIVERY METHOD |
|---|---|
| **Jonah Nathan Bamel**<br>**Paul Augustus Capua**<br>CAPUA LAW FIRM, PA<br>118 North Depot Street<br>Boone, NC 28607<br>828-503-1377<br>828-378-0236<br>Email: jonah@capualaw.com<br>Email: paul@capualaw.com<br>*Attorney for Plaintiffs/Counter Defendants Doug S. Riordan and Erin Riordan* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |
| **Paul Evertt Culpepper**<br>YOUNG, MORPHIS, BACK & TAYLOR, L.L.P.<br>P.O. Drawer 2428<br>Hickory, NC 28603<br>828-322-4663<br>Fax: 828-324-2431<br>Email: paulc@hickorylaw.com<br>*Attorney for Defendant/Counter Claimant, VPC* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |
| **Nathan Arthur Miller**<br>MILLER & JOHNSON, PLLC<br>P.O. Box 49<br>Boone, NC 28607<br>828-264-1125<br>Fax: 282-262-3544<br>Email: nathan@millerandjohnsonlaw.com<br>*Attorney for Defendant/Counter Claimant, VPC* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |
| **John E. Spainhour**<br>McANGUS GOUDELOCK & COURIE, LLC<br>10 Brook St.<br>Asheville, NC 28803<br>828-575-1902<br>Email: jspainhour@mgclaw.com<br>*Attorney for Defendant A Flooring Outlet, Inc.* | X Court electronic service system<br><br>X Emailing it to the attorney as an attachment |

This the 25th day of August, 2026.

David M. Harmon