Exhibit A

VPC Builders
RESIDENTIAL AND COMMERCIAL

# COST PLUS CONSTRUCTION CONTRACT

**THIS AGREEMENT** and the attached general conditions, schedules, specifications, and addenda which are made part hereof, by and between **VPC BUILDERS, LLC, A NORTH CAROLINA CORPORATION,** (hereinafter VPC BUILDERS, LLC) and Douglas Riordan and Erin Riordan (hereinafter Owner or Owners). The parties signing this Agreement on behalf of VPC BUILDERS, LLC, and Owner(s) warrant that each of them is fully authorized by their respective parties to execute and deliver the Agreement in accordance with the terms and conditions set forth herein and any accompanying schedules or adopted change orders. Owner further warrants that he has authority to sign on behalf of all owners of the subject property.

AND FURTHER, whereas VPC BUILDERS, LLC is a North Carolina corporation engaged in the building and construction business; and whereas, the Owner(s) is desirous of retaining the services of VPC BUILDERS, LLC as contemplated by this Agreement, now WITNESSETH, based on the mutual covenants and considerations contained herein, the parties hereby contract as hereinafter described.

FOR AND IN CONSIDERATION of the provisions undertaken and contained herein, VPC BUILDERS, LLC. and Owner(s) agree as follows:

1. <u>Scope of the Work</u> Owner(s) agrees to purchase and VPC BUILDERS, LLC. agrees to construct a structure and fixtures attached thereto upon property located at: 3914 Shulls Mill Road, Blowing Rock, NC 28605 (hereinafter location). Additionally, VPC BUILDERS, LLC. shall furnish materials and perform work as specified by this contract, except as modified by written or oral agreement of the parties, to be performed on the referenced property. Specifically, VPC BUILDERS, LLC. agrees to perform the following work upon the property as set forth on the attached Exhibit A, subject to the scope and limitations contained herein. In the absence of such list of work to be performed under this contract, the scope of the work to be undertaken by VPC BUILDERS, LLC shall be any tasks directly or indirectly related to the construction, building, erecting, and raising of a structure upon Owners property as designated by the construction documents, building schedules, or change orders, within VPC BUILDERS, LLC agents and officers understanding of the work to be done and subject to acceptance of the project by VPC BUILDERS, LLC.

2. <u>Commencement & Substantial Completion</u> Work shall commence upon the obtainment of a building permit, or shortly thereafter. Construction time through substantial completion shall be fixed and is TBD months,

OWNERS INITIALS DR/ER VPC BUILDERS, LLC. INITIALS W

not including delays and adjustments for delays caused by reason of holiday, inclement weather, accidents, labor or material shortages, additional time required for work performed pursuant change orders, or other unavoidable delays or delays beyond the control of VPC BUILDERS, LLC.

3. Contract Price In consideration for the material and labor above described, the Owner(s) shall pay the VPC BUILDERS, LLC all costs incurred in the construction, building, and installation as well as VPC BUILDERS, LLC costs for labor, subject to additions and deductions pursuant to oral or written change orders, plus 18 percent (%) margin upon the total cost of the work. An estimate as to when certain amounts will be due and payable is attached hereto as Exhibit B, but shall not be binding upon the VPC BUILDERS, LLC and the actual cost will be maintained by the contractor. Payment shall be due upon any amount within two weeks of demand for such payment by the VPC BUILDERS, LLC in the event the Owner(s) request VPC BUILDERS, LLC to construct, build, erect, install, or otherwise act beyond the scope of the items set forth in Paragraph 1, Owner(s) agrees to further compensate VPC BUILDERS, LLC at its regular rates for such work. Such additions shall be deemed accepted only upon Contractor's agreement to do such additional work. An estimate as to labor costs per worker are scheduled, listed, and attached hereto as Exhibit C, but shall not be binding upon VPC BUILDERS, LLC and will under no circumstances operate as a waiver or forfeiture of Contractors rights under Paragraph 17 of this Agreement. The parties specifically acknowledge that due to the mountainous terrain of this area, grading, blasting, and excavating estimates are simply estimates of work which may be encountered, and such cost may vary substantially from the estimate depending upon the actual circumstances encountered.

4. Initial Payment Owner(s) and VPC BUILDERS, LLC acknowledge that the Owner(s) will pay a non-refundable sum of $20,000, upon the execution of this contract and before construction begins as a deposit and part of the purchase price of the project as described above in Paragraph 1 and further detailed in Exhibit A.

5. Progress Payments of the Contract price, including periodic payments to be made at certain stages in the construction process, shall be paid according to the payment schedule. Material, subcontractor costs, and labor bills shall be billed and paid pursuant to the payment schedule as agreed upon by the parties. Change orders may affect a particular payment under the

payment schedule, however. Specifically, any change in cost effectuated by a change order will be applied as calculated to the next immediate payment under the payment schedule. In the absence of a payment schedule, Owner(s) agrees to make payments as cost is incurred when a bill is tendered. Nothing contained herein shall prohibit VPC BUILDERS, LLC from making request for payment as often as deemed necessary by VPC BUILDERS, LLC.

6. Change Orders Owner(s) and VPC BUILDERS, LLC acknowledge that change orders may be necessary to accomplish the construction of the structure as contemplated under this Agreement. Under such circumstances as a change order is deemed necessary by the parties, said change order may be made verbally or in writing. Proposals for changes in the work must be delivered to the VPC BUILDERS, LLC. in charge of this construction project as detailed under this Agreement. Proposals for changes in the work provided only to the construction foreman will not be deemed delivered. Owner(s) acknowledge that change orders that are executed will affect the overall cost of the project and will modify and change any fixed price or estimates contained in Paragraph 3 of this contract. VPC BUILDERS, LLC. is the only party authorized to approve a change order under the agreement.

7. Time is of the Essence The parties agree that time is of the essence in the completion of construction described in this contract.

8. Insurance VPC BUILDERS, LLC will keep in force a Builders Risk Insurance Policy on the property as a means of protecting both Owner(s)' and VPC BUILDERS, LLC's interests until the completion of construction. The Builders Risk Insurance Policy shall be for the full Contract Price of this project, with project being defined as the value of the improvements set forth in the scope of work and not necessarily the value of the Owner(s) entire property, if the project is only a remodel, as protection against fire, vandalism, malicious mischief, or other forms of property damage that may occur. Any Insurance Policy will name the Owner as an additional insured. The Contractor shall provide a copy of any Policies to the Owner.

9. Vendors Owner(s) may only source materials and appliances from approved VPC BUILDERS, LLC Vendors.

10. Subcontractors Contractor may at its discretion engage subcontractors as may be necessary to perform under said agreement. Owner agrees to have no contact with any subcontractors except and unless with the express written permission of Contractor.

11. Retainage Upon the attainment of substantial completion in the construction process, Owner(s) may exercise the option to conduct a final walk-through with the Contractor of the substantially completed structure. In the event of such final walk-through is requested and subject at all times to the obligations and restrictions of Paragraph 11 of this Agreement, Owner agrees to be accompanied by VPC BUILDERS, LLC. General Contractor in said walk-through. During the walk-through pre-final inspection, the parties may agree to and create a punch list, a listing of final tasks to be completed to conform the structure to construction and design documents. The failure to include any item on the punch list does not relieve the contractor of his responsibility to complete the construction in accordance with this Agreement. Owner may not, however, use the pre-final inspection or any punch list to substantially or materially alter the original design or the major items of construction completed thus far in furtherance of such original design or plan. Notwithstanding the foregoing, the occupancy of the premises by the Owner or the issuance of a certificate of occupancy by the appropriate building inspector shall conclusively be deemed acceptance of the work performed by VPC BUILDERS, LLC.

12. Hindrance As structures in the process of construction may be dangerous in their unfinished condition, Owner(s) shall agree to refrain from any activities the performance of which would tend to hinder VPC BUILDERS, LLC, its agents, or employees in erecting the contemplated structure. This covenant is made in the interest of protecting persons from injury and ensuring that VPC BUILDERS, LLC is not stymied or impeded in its objectives. Inasmuch as the Owner(s) may wish to continue with regularly-conducted activity in and around the property and desires to assist with the labor of construction, VPC BUILDERS, LLC advises Owner(s), and Owner agrees, to remain as clear as possible from the areas in and around the construction by VPC BUILDERS, LLC., unless instructed otherwise by the general contractor. Although the property remains the sole and exclusive property of the Owner, Owner agrees that while this construction agreement is in effect, Owner may not enter the construction site except with VPC BUILDERS, LLC written permission or unless accompanied by VPC BUILDERS, LLC, General Contractor.

13. Parking Owner agrees to provide adequate parking for VPC BUILDERS, LLC. vehicles and all access as necessitated by the nature of the construction work to be performed in the course of the project. Parking for construction vehicles, trucks and other equipment of VPC BUILDERS, LLC shall be accommodated by Owner, except and unless parties agree otherwise to an alternate arrangement. For all access to the work location preceding, during, and after

the project.

14. Construction Utilities Owner agrees to provide and pay for all power and water required by the project, as well as any temporary facilities required in the absence of such utilities at the jobsite in order to deliver such utility services from an existing location to the points of intended use.

15. Acknowledgements Owner acknowledges that due to the inherent qualities of natural building supplies, VPC BUILDERS, LLC cannot guarantee a particular pattern or specific coloration for any custom products. VPC BUILDERS, LLC can neither guarantee a certain part, piece of hardware, type of equipment, style or design of material will be available at any given time. Owner also acknowledges that VPC BUILDERS, LLC may encounter delays from suppliers which are beyond its control, and that some jobs may experience periods of delays. Owner represents and warrants that since his or her purchase of the property, the premises has not been used for the manufacture or storage of dangerous chemicals, the presence of which would pose a health threat, however minimal, to the employees of VPC BUILDERS, LLC Owner affirmatively states that there are no items of machinery or storage tanks on the premises which would emit noxious or combustible gases, including carbon monoxide, nitrogen dioxide, or any other poisonous chemical compound.

16. Force Majeure VPC BUILDERS, LLC shall not be liable for any delay due to circumstances beyond its control or force majeure, including unnatural act or public enemy, or by labor dispute or trouble, strike, riot, vandalism, sabotage, expropriation or appropriation, flood, war (whether declared or undeclared), accident when not caused by VPC BUILDERS, LLC., storm, explosion, breakdown of machinery, fuel shortage, power shortage, railroad embargo or congestion, government regulation or action, embargo or intervention, failure or delay of manufacturers or persons from whom VPC BUILDERS, LLC is obtaining machinery, equipment, materials, or supplies to deliver the same, or other cause beyond its control, whether such other cause be of the classes herein specifically provided for or not, and whether the cause is or is not existing on the date of this Agreement.

17. Liens Contractor is obligated to remove any mechanic's lien filed against the project or Property within 2 months, after payment in full to the Contractor. Owner is authorized to discharge any mechanic's lien not timely removed and charge back to the Contractor all associated costs, including legal costs.

OWNERS INITIALS ___ / ER          VPC BUILDERS, LLC. INITIALS ___

18. Warranty VPC BUILDERS, LLC warrants, for a period of one year, that all work shall meet or exceed the requirements of the North Carolina Building Code. Other than this warranty, VPC BUILDERS, LLC makes no express warranties and no warranties of fitness for a particular purpose herein or within any other clause of this Agreement.

19. Default & Damages In the event Owner shall fail to pay any payment due herein, VPC BUILDERS, LLC may cease work without breach pending payment or resolution of any dispute. Specifically, should Owner fail to pay any monies due or to become due hereunder or should Owner fail to comply with any of its other obligations under this Agreement within fifteen (15) days from the mailing to Owner of notice of such default, VPC BUILDERS, LLC shall have the right, at its option to terminate the Agreement in which event there shall be due to VPC BUILDERS, LLC, as liquidated damages, a sum equal to the amount of one-half of the amount of one-phase of the project, or one-eighth (1/8) of the total project, whichever is greater. VPC BUILDERS, LLC may elect instead to accelerate all monies due for the unexpired remaining term of the within Agreement and to declare the same immediately due and payable. The parties hereto acknowledge and agree that, due to the difficulty in calculating lost profits and damages to the Contractor in the event of breach by the Owner, liquidated damages are an appropriate remedy for Contractor. In the alternative, and if neither liquidated damages or acceleration options are chosen in the event of breach, VPC BUILDERS, LLC reserves the right to sue for monies due under this contract in intervals or as the same accrue. If payment of any bill is not received within thirty (30) days of the date of the bill, interest shall accrue on the unpaid balance at the rate of one and one-half percent per month (18% APR). VPC BUILDERS, LLC shall also have the right to place a lien upon any real property where such products are installed as fixtures.

20. Rejection and Correction of Work The Owner may reject work that does not conform to the Contract and may require inspection or testing of the work. If the Contract references a standard for performance or quality of the work, failure to meet the standard shall be considered to be non-conforming work. The Contractor shall promptly correct work rejected by the Owner as failing to conform to the requirements of the Contract. The Contractor shall bear the cost of correcting such rejected work, including the costs of uncovering, replacement, and additional testing. In addition to the Contractor's other obligations, including warranties under the Contract, the Contractor shall, for a period of one year after Completion, correct work not conforming to the requirements of the Contract.

OWNERS INITIALS ED/ER    VPC BUILDERS, LLC. INITIALS W

21. Cure of Default & Enforcement If Owner has commenced by reasonable means to cure any default not curable in fifteen (15) days, such additional time as is reasonably necessary to cure such default may be granted to Owner before Owner is adjudged in default hereunder. Contractor's failure to strictly and promptly enforce these conditions shall not operate as a waiver of Contractor rights hereunder. Contractor hereby reserves the right to enforce prompt payment of fees or other charges, or to declare the Contract breached regardless of any indulgences, or extensions previously granted to Owner. In the event Owner defaults in the performance of any of the terms, covenants, agreements, or conditions provided herein and VPC BUILDERS, LLC refers to its attorney the enforcement of this Agreement, or any part hereof, for the collection of any monies due or to become due hereunder.

22. Adequate Assurance In the event of the Owner repudiates this agreement or special circumstances, VPC BUILDERS, LLC shall have the right to obtain adequate assurances from Owner regarding payment for work provided, including installment payments in the discretion of VPC BUILDERS, LLC. Owner agrees and understands that if VPC BUILDERS, LLC does not receive such adequate assurances, VPC BUILDERS, LLC shall be allowed to cease further work until assurances satisfactory to VPC BUILDERS, LLC. are received. In the such event, Owner shall remain responsible to VPC BUILDERS, LLC. for the work as performed and any other sums payable pursuant to Paragraph 17 of this Agreement.

23. Bankruptcy If voluntary bankruptcy proceedings are instituted by Owner or if Owner is adjudicated a bankrupt insolvent, or if Owner makes an assignment for the benefit of its creditors, or if execution is issued against Owner, or if the interest of Owner hereunder passes by operation of law to any person other that Owner then, in any of such events, VPC BUILDERS, LLC may, at its discretion declare the Agreement breached by notice mailed by certified mail and addressed to Owner at its last known address, provided that VPC BUILDERS, LLC shall retain its lien and rights as to interest in the property, however situated, for any monies or payments due or to become due to VPC BUILDERS, LLC pursuant to this Agreement.

24. Impracticability It is stipulated that the estimates specified herein or in the attached schedules are based upon VPC BUILDERS, LLC cost of operation and construction necessary to comply with governmental laws, rules and regulations as presently enforced. If during the term of this Agreement, there should occur a change in policy affecting enforcement of said laws, rules

and regulations, whether federal, state, or of local character, or if VPC BUILDERS, LLC should incur significant additional costs in continuing to comply with such regulations, VPC BUILDERS, LLC may advise Owner of any increase in costs resulting therefrom, in which event the charges shall be adjusted to compensate VPC BUILDERS, LLC for such increased costs. In such event of increased cost of such regulations or compliance therewith, Owner will be given the option to accept such charges or to terminate the foregoing Agreement. Should such be the case, each party hereto shall be discharged of any further liability hereunder.

25. Indemnification Owner shall defend, indemnify, and hold harmless for any injury or damage to VPC BUILDERS, LLC caused by errors or omissions of surveyors, inspectors, non-associated contractors or subcontractors, individuals designated by the Owner to act on Owner behalf on any phase within the Agreement, or other third parties. Owner shall indemnify, defend, and hold VPC BUILDERS, LLC harmless against all any and all claims of injury or damages brought by Owner's surveyors, inspectors, or other individuals/companies designated by Owner to perform work on the property upon which VPC BUILDERS, LLC is constructing a structure or building. Contractor agrees to indemnify the Owner and design professional for claims from bodily injury and property damage, other than to the work itself and property insured, including reasonable attorneys' fees and costs, that may arise from the performance of work but only to the extent caused by the negligent or intentionally wrongful conduct, of the Contractor, subcontractors or anybody employed by it or for whom it may be liable. This indemnification shall not in any way limit the insurance provided under this contract.

26. Bailments & Storage In the event any items of Owner are placed in a storage location so that construction of the structure as contemplated by this Agreement may be accomplished, Owner authorizes VPC BUILDERS, LLC. to place items in storage at the premises as needed for the completion of the construction. Such relocation, if deemed necessary, is performed as a courtesy to the Owner to mitigate damage to personal property in the construction process and is neither intended to create a situation of bailment nor a bailor-bailee relationship between the parties to this agreement.

27. Financial Inquiry Owner(s) consent for VPC BUILDERS, LLC to inquire into the Owner financial background for the purpose of assurance of solvency and Owner ability to pay for the initial payment as contemplated under Paragraph 4 of this Agreement, any periodic or

OWNERS INITIALS ____ ER    VPC BUILDERS, LLC. INITIALS ____

phase payment under Paragraph 5 of this Agreement, or any increase in cost due to a proposed change in work or approved change order made pursuant to Paragraph 6 of this Agreement. VPC BUILDERS, LLC may not inquire into Owner financial background or status for any other reason.

28. <u>Occupancy</u> Owner shall not occupy the property until final payment has been received by VPC BUILDERS, LLC. Occupancy under this paragraph shall constitute unconditional acceptance of the project and a waiver of any defects or uncompleted construction. In the event that VPC BUILDERS, LLC allows owner to move any furniture or personal property into the completed structure, such permission shall not act as a waiver of VPC BUILDERS, LLC right to receive any outstanding payment under the terms of payment of this Agreement.

29. <u>Venue</u> This Agreement is entered into in Watauga County, North Carolina, and shall be construed in accordance with the laws of the State of North Carolina. The parties hereby agree that Watauga County, North Carolina is an appropriate venue for the resolution of any disputes arising as a result of this contract.

30. <u>Assignment</u> Owner may not assign, directly or indirectly, all or part of its rights or obligations under this Agreement except by mutual agreement and with written consent of all parties to this Agreement.

31. <u>Integration</u> This agreement represents the entire and integrated agreement of the parties and supersedes all prior negotiations, representations, or agreements, either written or oral. This agreement may only be amended by a written document duly executed by all parties. If any provision of this contract is unenforceable, invalid, or illegal, the remaining provisions will continue in full force and effect. The parties agree that both Owner and VPC BUILDERS, LLC have had the opportunity to review and have had input into the terms and conditions of this contract, and that such terms reflect the agreement of the parties including the price term set forth. As a result of the integrated terms of this Agreement, including the cost of construction, both parties agree that this contract shall not be construed against either party as draftsman.

32. <u>Portfolio</u> Owner agrees that VPC BUILDERS, LLC may take pictures of the property and structure as constructed by VPC BUILDERS, LLC during construction and upon the conclusion of the work for the purposes of marketing and as part of the portfolio of work performed by VPC BUILDERS, LLC. All such pictures and reproductions shall be the sole property of VPC BUILDERS, LLC and may be used by VPC BUILDERS, LLC, its successors, or assigns, for such purposes as it deems appropriate without compensation to the Owner. VPC Builders,

LLC will not disclose owner's name or address in any advertising or promotions.

33. **Modifications** This contract can only be modified by the parties if the modification is in writing and acknowledged in writing by both the parties OR in conjunction with the procedure set forth in Paragraph 6 entitled Change Orders.

Dated, signed, and executed by VPC BUILDERS, LLC. on this, the 27th day of April, 2022.

BY: [signature]

Matthew T. Vincent

Member/Manager, VPC BUILDERS, LLC

Dated, signed, and executed by Owner(s) on this, the_______day of______________________, 2022.

OWNER(S): [signature]

Erin Riordan

***FINAL PAGE OF AGREEMENT***

(EXCEPT EXHIBITS A, B, & C ATTACHED HERETO)

VPC Builders
RESIDENTIAL AND COMMERCIAL

# EXHIBIT A: WORK TO BE PERFORMED

PROJECT: Riordan LOCATION: 3914 Shulls Mill Road, Blowing Rock, NC 28605

BUILDING/STRUCTURE: Residential

TYPE: Stick Built

WORK SPECIFICATIONS/MATERIALS TO BE USED:

TBD

ANY ADDITIONAL DOCUMENTS THAT WOULD AID IN THE IDENTIFICATION OF THE PROPERTY TO BE CLEANED AND/OR RESTORED, OR ANY DOCUMENTS WHICH WOULD FURTHER DESCRIBE THE WORK TO BE PERFORMED, PLEASE ATTACH HERETO TO BE INITIALED BY BOTH PARTIES.

OWNER'S INITIALS [handwritten initials]  VPC BUILDERS, LLC. INITIALS [handwritten initials]

VPC | Builders
RESIDENTIAL AND COMMERCIAL

# EXHIBIT B: ESTIMATED PAYMENT SCHEDULE

PROJECT: Riordan    LOCATION: 3914 Shulls Mill Road, Blowing Rock, NC 28605

PAYMENT SCHEDULE:

PHASE 1 $20,000____________________
PAYMENT DUE ON: JAN/FEB/MAR/APR/MAY/JUN/JUL/AUG/SEP/OCT/NOV/DEC, ____,
2022____. NOTES: Deposit

PHASE TBD________: $____________________
PAYMENT DUE ON: JAN/FEB/MAR/APR/MAY/JUN/JUL/AUG/SEP/OCT/NOV/DEC, ____,
20____. NOTES:____________________

PHASE TBD________: $____________________
PAYMENT DUE ON: JAN/FEB/MAR/APR/MAY/JUN/JUL/AUG/SEP/OCT/NOV/DEC, ____,
20____. NOTES:____________________

PHASE TBD________: $____________________
PAYMENT DUE ON: JAN/FEB/MAR/APR/MAY/JUN/JUL/AUG/SEP/OCT/NOV/DEC, ____,
20____. NOTES:____________________

PHASE TBD________: $____________________
PAYMENT DUE ON: JAN/FEB/MAR/APR/MAY/JUN/JUL/AUG/SEP/OCT/NOV/DEC, ____,
20____. NOTES:____________________

OTHER ARRANGEMENTS____________________

# EXHIBIT C: WORK TO BE PERFORMED

OWNER'S INITIALS [handwritten initials]



VPC BUILDERS, LLC. INITIALS [handwritten initials]

VPC Builders
RESIDENTIAL AND COMMERCIAL

PROJECT: Riordan LOCATION: 3914 Shulls Mill Road, Blowing Rock, NC 28605

| LABORER OR WORKER: | STANDARD RATE OF COMPENSATION: | |
|---|---|---|
| 1.Matt Vincent | $90 | PER Hour |
| 2.Project Manager | $65 | PER Hour |
| 3.Superintendent | $55 | PER Hour |
| 4.Laborer | $45 | PER Hour |
| 5.Interior Design Services | $180 | PER Hour |

ANTICIPATED SUBCONTRACTORS
SUGGESTED/REQUESTED/AGREED UPON SUB

| | | |
|---|---|---|
| BRICK MASON/STONE MASON | Y/N | TBD |
| PLUMBING SUBCONTRACTOR | Y/N | TBD |
| ELECTRICAL SUBCONTRACTOR | Y/N | TBD |
| GRADING/PAVING | Y/N | TBD |
| LANDSCAPING | Y/N | TBD |
| CARPENTRY/SPECIALIZED | Y/N | TBD |
| WOODWORKING | Y/N | TBD |
| HARDWOOD/TILE/SPECIALIZED | Y/N | TBD |
| FLOORING | Y/N | TBD |
| SEPTIC INSTALLATION | Y/N | TBD |
| SITE WORK/IRRIGATION | Y/N | TBD |
| OTHER: ______ | Y/N | TBD |



OWNER'S INITIALS ______ VPC BUILDERS, LLC. INITIALS ______

Case 1:25-cv-00230-MR-WCM Document 36-1 Filed 08/27/26 Page 13 of 13