STATE OF NORTH CAROLINA

CLAIM OF LIEN ON REAL PROPERTY

COUNTY OF WATAUGA

1. Name and address of person claiming the claim of lien on real property:

   VPC Builders, LLC
   2059 Tynecastle Hwy
   Banner Elk, NC 28605

2. Name and address of record owner(s) of the real property claimed to be subject to the claim of lien on real property at the time the Claim of Lien On Real Property is filed:

   Douglas Riordan and Erin Riordan
   3916 Shulls Mill Road
   Blowing Rock, NC 28605

3. Description of the real property upon which the claim of lien on real property is claimed:

   Being all of Tract 2 (4.69 acres) as shown on the Recombination Survey recorded in Plat Book 28, Page 209, Watauga County Public Registry as further set forth in the Riordan's deed recorded on May 26, 2021 in Record Book 2193, Page 476, Watauga County Public Registry. A copy of the deed is attached hereto as Exhibit 1 and incorporated by reference herein as if set out in full.

   Tax Parcel No: 1898-87-6404-000

4. Name and address of the persons whom the Lien Claimant contracted for the furnishing of labor or materials:

   Douglas Riordan and Erin Riordan
   3916 Shulls Mill Road
   Blowing Rock, NC 28605

5. Date upon which labor or materials were first furnished upon said property by the Lien Claimant:

   September 1, 2022

6. Date upon which labor or materials were last furnished upon said property by the Lien Claimant:

June 30, 2025

7. General Description of the labor performed or the materials furnished:

Providing general contracting for the construction of a residential home and accessory buildings.

8. The amount claimed for the labor performed or materials furnished:

$534,140.72.

Lien Claimant hereby notifies all entities named herein that it will seek to recover its attorney's fees pursuant to N.C.G.S. § 44A-35.

**I hereby certify that I have served the parties listed in Paragraphs 2 and 4 above, in Accordance with the requirements of N.C.G.S. § 44A-11.**

This the 23rd day of September, 2025.

MILLER & JOHNSON, PLLC

/s/ Nathan A. Miller

Nathan A. Miller
Attorney for Lien Claimant
P.O. Box 49
Boone, NC 28607
828-264-1125
828-262-3544 fax
N.C. State Bar # 35451
nathan@millerandjohnsonlaw.com

BK 2193 PG 476 - 482 (7) DOC# 706767
This Document eRecorded: 05/26/2021 04:41:42 PM
Fee: $26.00 Tax: $4,250.00
Watauga County, North Carolina
Amy J. Shook, REGISTER OF DEEDS

Exhibit A

Excise Tax: **$4,250.00**
PIN#1898-866-5714-000

Recording Time, Book & Page
File Number: 1210004.02(anc/ln)

State of North Carolina
County of Watauga

# WARRANTY DEED

This Deed, made this 24 day of May 2021 by and between

**Glenn Arden Bruce, unmarried**
2432 SE University Terrace
Port St. Lucie, FL 34952
(hereinafter called "Grantor")

and

**Douglas S. Riordan and wife, Erin Riordan**
**As Tenants by the Entirety**
1113 Vintner Blvd
Palm Beach Gardens, FL 33410
(hereinafter called "Grantees")

W I T N E S S E T H

**Return to Grantee**

**Prepared by: di Santi Watson Capua Wilson & Garrett, PLLC**
**P O Box 193, 642 West King Street**
**Boone, NC 28607**

Submitted electronically by "Dustin N. Stacy PLLC"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Watauga County Register of Deeds.

Grantor for and in consideration of the sum of ten (10) Dollars to them paid by the said Grantees, the receipt of which is hereby acknowledged, subject to any exceptions, conditions, provisions, restrictions or reservations herein contained, bargained and sold, and by these presents does grant, bargain, sell and convey unto the said Grantee, their heirs, successors and assigns, in fee simple all that certain tract(s) or parcel(s) of land lying and being in **Blowing Rock** Township, **Watauga** County, North Carolina, more particularly described as follows:

**BEING all of Tract 1 (31.34 acres) and Tract 2 (4.69 acres) as shown on the Recombination Survey recorded in Plat Book 28_ at Page 209, Watauga County Public Registry.**

***Prenuptial Agreement between Deloris Moore Karcher and William Arden Bruce attached hereto as Exhibit "A."**

**PREPARED WITHOUT BENEFIT OF TITLE EXAMINATION**

The property hereinabove described was acquired by Grantor by instrument recorded in Book of Records 1655 at Page 754 and Book of Records 82 at Page 261, Watauga County Public Registry.

To have and to hold the said premises above described, with every privilege and appurtenance thereunto belonging to the said Grantees, their heirs, successors and assigns, in fee simple to their only use and behoof forever, subject always to any exceptions, conditions, provisions, restrictions or reservations herein contained.

The Grantor covenant with the Grantee, their heirs, successors and assigns: that he is the owner of and seized of the premises in fee simple; that he has a good right to convey the same in fee simple; that title is marketable and free and clear of all liens and encumbrances, except as herein set forth; and, that he will forever warrant and defend the title thereto against the claims of all persons whomsoever, other than the following exceptions:

1. 2021 Watauga County ad valorem taxes and subsequent years;
2. Utility easements and unviolated covenants, conditions, or restrictions that do not materially affect the value of the property.

Pursuant to N.C. Gen.Stat. §105-317.2, Grantor represent that the property conveyed herein **IS NOT** his primary residence.

**IN TESTIMONY WHEREOF,** the said Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

---

Prepared by: di Santi Watson Capua Wilson & Garrett, PLLC
PO Box 193, 642 W. King Street
Boone, NC 28607

---

_______________________ (SEAL)
**Glenn Arden Bruce, unmarried**

STATE OF NC
COUNTY OF Watauga

I certify that the following person personally appeared before me this day, acknowledging to me that he voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: Glenn Arden Bruce, unmarried.

Witness my hand and official seal this 24 day of May, 2021.

Robin Beshears
Notary Public

My commission expires:
11.19.23

ROBIN BESHEARS
NOTARY PUBLIC
WATAUGA COUNTY, NC

W:\LKN\Real Estate\Sell Docs\Bruce, Glenn Arden\Deed -3914.3916 Shulls Mill Rd.doc

Prepared by: di Santi Watson Capua Wilson & Garrett, PLLC
PO Box 193, 642 W. King Street
Boone, NC 28607

EXHIBIT "A"

PRENUPTIAL AGREEMENT

THIS AGREEMENT is made and entered into this 6TH day of JUNE, 1993, by and between DELORIS MOORE KARCHER, of Marion County, State of FLORIDA, and WILLIAM ARDEN BRUCE, of Lake County, State of FLORIDA, in contemplation and consideration of their forthcoming marriage.

ARTICLE I

PURPOSE

The parties to this Agreement intend and desire to define their respective rights in the property of the other, and to avoid such interests which, except for the operation of this Agreement, they might acquire in the property of the other as incidents of their marriage relationship.

ARTICLE II

RECITALS

A. Each of the parties expressly waives the right of full disclosure of all the property owned by the other.

B. The parties do hereby acknowledge that they were advised of the right of each to be represented by independent counsel; that they have jointly requested Faith K. Stalnaker, attorney, of Faith K. Stalnaker, P.A. attorney, to prepare this Agreement; that this Agreement has been read by the parties and has been explained to them by such counsel as to its meaning and legal consequences and that it reflects the full understanding and agreement of the parties.

WAB
DMK

ARTICLE III

AGREEMENTS

A. The parties hereby covenant and agree that, in the event of a separation or dissolution of marriage, each does hereby waive and release all rights, claims, titles, and interests, actual, inchoate, or contingent, in law and equity which he or she might, by reason of their marriage, acquire in property owned by the other prior to the marriage, including but not limited to'

(1) Claim of special equity, equitable distribution, lump sum property award; and

(2) Right of exclusive possession of any such property.

B. In the event of the death of one party, it is hereby covenanted and agreed that the survivor will not contest the provisions of the Living Trust or Will of the deceased spouse, and expressly waives the elective share provided by the Florida Probate Code.

C. The parties agree that this Agreement applies only to property brought into the marriage by the parties and shall not affect property jointly acquired and held by them after their marriage and during coverture.

THIS AGREEMENT shall come into effect only if the contemplated marriage between DELORIS MOORE KARCHER and WILLIAM ARDEN BRUCE is solemnized, and upon coming into effect shall bind and inure to the benefit of the parties and their respective heirs, executors, and administrators.

IN WITNESS WHEREOF, the parties hereto have hereunto set

wab
dmk

their hands and seals the day and year first above written.

Signed in the presence of:

Nancy J. Black __________ Deloris Moore Karcher (SEAL)
DELORIS MOORE KARCHER

Sabie B. Hart __________ William A. Bruce (SEAL)
WILLIAM ARDEN BRUCE

STATE OF FLORIDA

COUNTY OF SEMINOLE

BEFORE ME, the undersigned authority, personally appeared DELORIS MOORE KARCHER, who being duly sworn according to law, acknowledges that she has read the foregoing Antenuptial Agreement and that she executed the same voluntarily for the purposes therein contained.

WITNESS my hand and official seal this 6th day of June, 1993.

Mary J Black
NOTARY PUBLIC

My Commission expires: 11-17-95

STATE OF FLORIDA

COUNTY OF SEMINOLE

BEFORE ME, the undersigned authority, personally appeared WILLIAM ARDEN BRUCE, who being duly sworn according to law,

WAB
DMK

acknowledges that ~~s~~he has read the foregoing Prenuptial Agreement and that ~~s~~he executed the same voluntarily for the purposes therein contained.

WITNESS my hand and official seal this 6th day of June, 1993.

Mary J Black
NOTARY PUBLIC

My Commission expires: 11-17-95

JaB
LDMK