IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-cv-00230-MR-WCM

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC; TIMOTHY A. CHURCH D/B/A TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC.; and ARETÉ ENGINEERS, PLLC,

Defendants.

---

**NOTICE OF APPEARANCE**

---

NOW COMES the undersigned attorney, Amie C. Sivon, of the law offices of Ragsdale Liggett PLLC, and enters a Notice of Appearance on behalf of Defendant Areté Engineers, PLLC in the above-captioned case.

Respectfully submitted this 28th day of August, 2026.

**RAGSDALE LIGGETT PLLC**

BY: *<u>/s/ Amie C. Sivion</u>*________
AMIE C. SIVON
N.C. Bar No. 34206
2840 Plaza Place, Suite 400
Raleigh, NC 27612
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
Email: asivon@rl-law.com
*Attorneys for Defendant* Areté Engineers, PLLC