IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-cv-00230-MR-WCM

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC; TIMOTHY A. CHURCH D/B/A TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC.; and ARETÉ ENGINEERS, PLLC,

Defendants.

---

**ORDER GRANTING DEFENDANT ARETÉ ENGINEERS, PLLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

THIS CAUSE being heard by the undersigned Judge on Motion of Defendant Areté Engineers, PLLC for an Order extending time in which to serve a response to Plaintiff's Amended Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1; and it appearing to the Court that the time allowed has not expired and that the motion should be allowed.

IT IS THEREFORE ORDERED that the time for Defendant Areté Engineers, PLLC to serve a response to Plaintiff's Amended Complaint is extended through and including the 22nd day of September 2026.

This the _____ day of August 2026.

____________________________________

Martin Reidinger
United States Chief District Court Judge