IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-cv-00230-MR-WCM

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC; TIMOTHY A. CHURCH D/B/A TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC.; and ARETÉ ENGINEERS, PLLC,

Defendants.

---

**DEFENDANT ARETÉ ENGINEERS, PLLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSSCLAIM**

---

NOW COMES Defendant Areté Engineers, PLLC, through counsel, and moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, for an extension to file an answer or otherwise respond to VPC Builders, LLC's Crossclaim. In support of said Motion, movant shows unto the Court, as follows:

1. That VPC Builders, LLC's Crossclaim was filed with the court on or about the 27th day of August 2026 and is believed to have been mailed to Defendant Areté Engineers, PLLC.

2. Movant requests an extension of time for an additional twenty-one (21) days through and including the 8th day of October 2026 for movant to respond to VPC Builders, LLC's Crossclaim.

3. That the time for movant to respond to VPC Builders, LLC's Crossclaim has not yet expired; and movant avers that this motion is made in good cause and is not dilatory, and the granting of this motion is necessary in the interest of justice.

4. Furthermore, movant states that this request for an extension of time is not deemed to be a waiver of any defenses including any defense pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and that movant reserves the right to raise any such defenses in its responsive pleading.

WHEREFORE, Defendant Areté Engineers, PLLC requests an additional twenty-one (21) days through and including the 8th day of October 2026 to answer or otherwise respond to VPC Builders, LLC's Crossclaim.

Respectfully submitted this 31st day of August 2026.


**RAGSDALE LIGGETT PLLC**

BY: *_/s/ Amie C. Sivion_*
JOHN M. NUNNALLY
N.C. Bar No. 19203
AMIE C. SIVON
N.C. Bar No. 34206
2840 Plaza Place, Suite 400
Raleigh, NC 27612
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
Email: jnunnally@lr-law.com
asivon@rl-law.com
*Attorneys for Defendant* Areté Engineers, PLLC