# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| Douglas S. Riordan<br>*Plaintiff*<br>v.<br>VPC Builders, LLC et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00230 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Watauga Valley Services, LLC .

Date: 09/02/2026

s/Melissa R. Monroe
*Attorney's signature*

Melissa R. Monroe #46272
*Printed name and bar number*

Bolster Rogers, PC
1213 W. Morehead Street, 5th Floor
Charlotte, NC 28208
*Address*

mmonroe@bolsterrogers.com
*E-mail address*

(704) 347-4884
*Telephone number*

(704) 347-1087
*FAX number*