**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**Case No. 1:25-cv-00230**

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC,
TIMOTHY A. CHURCH d/b/a
TIMOTHY CHURCH MASONRY,
PRICE FRAMING AND
CONSTRUCTION, LLC, WATAUGA
VALLEY SERVICES, LLC, A
FLOORING OUTLET, INC., and
ARETÉ ENGINEERS, PLLC,

Defendants,

v.

VPC BUILDERS, LLC,

Crossclaim, Counterclaim,
and Third-Party Plaintiff,

v.

ERIN RIORDAN,

Third-Party Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, Douglas S. Riordan ("Plaintiff") by and through the undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves this Court for an Order extending Plaintiff's deadline to respond to the Counterclaims of

Defendant VPC Builders, LLC ("Defendant") for a period of twenty-one (21) days to and including Thursday, October 8, 2026.

In support of this motion, the undersigned respectfully shows unto the Court:

1. Defendant filed its Answer and Counterclaims on August 27, 2026.

2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff's deadline to respond to Defendant's Counterclaims is currently Thursday, September 17, 2026. Accordingly, Plaintiff's response deadline has not expired.

3. The issues raised in Defendant's Counterclaims require additional time to adequately respond.

4. The undersigned counsel has conferred with defense counsel regarding this motion, and Defendant consents to the relief requested herein.

5. Accordingly, Plaintiff respectfully requests an extension of his deadline to answer or otherwise respond to Defendant's Counterclaims to and including **Thursday, October 8, 2026**.

WHEREFORE Plaintiff respectfully moves this Court pursuant to Rule 6(b) for the relief requested herein, and any further just relief as required.

Respectfully submitted, this the 8th day of September, 2026.

/s/ *Jonah N. Bamel*
Jonah N. Bamel/N.C. State Bar No. 54750
CAPUA LAW FIRM, PA
118 N. Depot Street
Boone, NC 28607
Telephone: (828) 264-0260
E-mail: jonah@capualaw.com
*Attorneys for Plaintiff, Douglas S. Riordan*

## **CERTIFICATE OF SERVICE**

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **PLAINTIFF'S MOTION FOR EXTENSION OF TIME** was served via CM/ECF to all attorneys of record on the above-captioned action.

Respectfully submitted, this the 8th day of September, 2026.

/s/ Jonah N. Bamel
Jonah N. Bamel/ N.C. State Bar No. 54750