**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**Case No. 1:25-cv-00230**

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC, TIMOTHY A. CHURCH d/b/a TIMOTHY CHURCH MASONRY, PRICE FRAMING AND CONSTRUCTION, LLC, WATAUGA VALLEY SERVICES, LLC, A FLOORING OUTLET, INC., and ARETÉ ENGINEERS, PLLC,

Defendants,

v.

VPC BUILDERS, LLC,

Crossclaim, Counterclaim, and Third-Party Plaintiff,

v.

ERIN RIORDAN,

Third-Party Defendant.

---

**THIRD-PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Third-Party Defendant, Erin Riordan ("TP Defendant"), by and through the undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves this Court for an Order extending TP Defendant's deadline to respond to the

Third-Party Complaint of Third-Party Plaintiff, VPC Builders, LLC ("TP Plaintiff") to and including Thursday, October 8, 2026.

In support of this motion, the undersigned respectfully shows unto the Court:

1. TP Plaintiff filed its Third-Party Complaint on August 27, 2026.

2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, TP Defendant's deadline to respond to the Third-Party Complaint is currently Thursday, September 17, 2026. Accordingly, TP Defendant's response deadline has not expired.

3. The issues raised in the Third-Party Complaint require additional time to adequately respond.

4. The undersigned counsel has conferred with counsel for Third-Party Plaintiff regarding this motion, and it consents to the relief requested herein.

5. Accordingly, TP Defendant respectfully requests an extension of her deadline to answer or otherwise respond to TP Plaintiff's Complaint to and including **Thursday, October 8, 2026**.

WHEREFORE, TP Defendant respectfully moves this Court pursuant to Rule 6(b) for the relief requested herein, and any further just relief as required.

Respectfully submitted, this the 8th day of September, 2026.

/s/ *Jonah N. Bamel*
Jonah N. Bamel/N.C. State Bar No. 54750
CAPUA LAW FIRM, PA
118 N. Depot Street
Boone, NC 28607
Telephone: (828) 264-0260
E-mail: jonah@capualaw.com
*Attorneys for TP Defendant, Erin Riordan*

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the Western District of North Carolina, does hereby certify that the **THIRD-PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME** was served via CM/ECF to all counsel of record in the above-captioned action.

Respectfully submitted, this the 8th day of September, 2026.

/s/ Jonah N. Bamel
Jonah N. Bamel/ N.C. State Bar No. 54750