IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| DOUGLAS S. RIORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>VPC BUILDERS, LLC; TIMOTHY A. CHURCH d/b/a TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC.; and ARETE ENGINEERS, PLLC,<br><br>Defendants.<br><br>*and*<br><br>WATAUGA VALLEY SERVICES, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DOUGLAS PHILLIPS d/b/a WATAUGA CONCRETE FINISHERS,<br><br>Third-Party Defendant, | Case No. 1:25-cv-00230<br><br>**ANSWER TO CROSSCLAIMS OF VPC BUILDERS, LLC.** |

NOW COMES the Defendant, Watauga Valley Services, LLC ("WVS"), by and through counsel, responding to the correspondingly numbered allegations contained in VPC Builders, LLC's Crossclaims filed on August 27, 2026, and alleges and says as follows:

1. The allegations contained in paragraph 1 are admitted.
2. The allegations contained in paragraph 2 are denied for lack of information or knowledge sufficient to form a belief as to the truth thereof.

3. The allegations contained in paragraph 3 are denied for lack of information or knowledge sufficient to form a belief as to the truth thereof.

4. The allegations contained in paragraph 4 are denied for lack of information or knowledge sufficient to form a belief as to the truth thereof.

5. The allegations contained in paragraph 5 are admitted.

6. The allegations contained in paragraph 6 are denied for lack of information or knowledge sufficient to form a belief as to the truth thereof.

7. Defendant re-alleges and incorporates by reference its responses to paragraphs 1-6 of VPC's Crossclaims.

8. With respect to the allegations contained in paragraph 8, it is admitted that WVS and VPC entered into a contract for WVS to perform certain work on the property located at 3916 Shulls Mill Road in Blowing Rock, N.C. Except as otherwise admitted, the allegations contained in paragraph 8 are denied.

9. The allegations contained in Paragraph 9 are denied as to this answering Defendant.

10. Defendant re-alleges and incorporates by reference its responses to paragraphs 1-9 of VPC's Crossclaims.

11. The allegations contained in Paragraph 11 are denied as to this answering Defendant.

12. The allegations contained in Paragraph 12 are denied as to this answering Defendant.

13. Defendant re-alleges and incorporates by reference its responses to paragraphs 1-12 of VPC's Crossclaims.

14. With respect to the allegations contained in paragraph 14, it is admitted that WVS and VPC entered into a contract for WVS to perform certain work on the property located at 3916

Shulls Mill Road in Blowing Rock, N.C. Except as otherwise admitted, the allegations contained in paragraph 14 are denied.

15. The allegations contained in paragraph 15 are denied as to this answering Defendant.
16. The allegations contained in paragraph 16 are denied as to this answering Defendant.
17. Defendant re-alleges and incorporates by reference its responses to paragraphs 1-16 of VPC's Crossclaims.
18. The allegations contained in paragraph 18 are denied as to this answering Defendant.
19. The allegations contained in paragraph 19 are denied as to this answering Defendant.
20. All other allegations contained in VPC's Crossclaims are denied.

**FIRST DEFENSE**

This Defendant re-alleges and incorporates by reference all answers, denials, allegations and defenses contained in its Answer to Plaintiff's Amended Complaint.

WHEREFORE, having fully answered the Crossclaims filed on August 27, 2026, the Defendant, Watauga Valley Services, LLC, prays unto the Court as follows:

1. That the Plaintiff's Amended Complaint be dismissed with prejudice;
2. That VPC's Crossclaims be dismissed with prejudice;
3. Thall all issues of fact be tried by a jury;
4. That this answering Defendant recover its costs; and
5. For such other and further relief as the Court deems just and proper.

[signature on following page]

This, the 10th day of September, 2026.

/s/ Jeffrey S. Bolster

Jeffrey S. Bolster
N.C. State Bar No.: 20868
Melissa R. Monroe
N.C. State Bar No.: 46272
Bolster Rogers, PC
1213 W. Morehead Street, 5th Floor
Charlotte, North Carolina 28208
Telephone: 704-347-4884
Facsimile: 704-347-1087
jbolster@bolsterrogers.com
mmonroe@bolsterrogers.com
*Attorneys for the Defendant Watauga Valley Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF System, which will send notification to the parties at the electronic mail addresses provided below:

Paul A. Capua
paul@capualaw.com
*Attorney for Plaintiff*

Nathan Miller
nathan@millerandjohnsonlaw.com
*Attorney for Defendant VPC*

Paul Culpepper
paulc@hickorylaw.com
*Attorney for Defendant VPC*

John E. Spainhour
jspainhour@mgclaw.com
*Attorney for A Flooring Outlet, Inc.*

David M. Harmon
dharmon@yhjlaw.com
*Attorney for Price Framing & Construction, LLC*

John M. Nunnally
jnunnally@rl-law.com
Amie C. Sivon
asivon@rl-law.com
*Attorneys for Arete Engineers, PLLC*

This, the 10th day of September, 2026.

/s/ Jeffrey S. Bolster
Jeffrey S. Bolster