**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 1:25-cv-00230-MR-WCM**

| | |
|---|---|
| DOUGLAS S. RIORDAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VPC BUILDERS, LLC; | ) |
| TIMOTHY A. CHURCH d/b/a | ) |
| TIMOTHY CHURCH MASONRY; | ) |
| PRICE FRAMING AND | ) |
| CONSTRUCTION, LLC; | ) |
| WATAUGA VALLEY SERVICES, | ) |
| LLC; A FLOORING OUTLET, INC.; | ) |
| and ARETÉ ENGINEERS, PLLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ANSWER OF PRICE FRAMING AND CONSTRUCTION LLC**

NOW COMES defendant Price framing and construction LLC, by and through counsel, answering and otherwise responding to the First Amended Complaint as follows:

**<u>FIRST DEFENSE</u>**
**(Answers to Numbered Paragraphs of the Amended Complaint)**

1. Admitted upon information and belief.

2. Admitted upon information and belief.

3. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

4. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

5. It is denied that Zackary Price is the sole member of this answering defendant. Except as denied, the contents of this paragraph are admitted.

6. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

7. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

8. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

9. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

10. It is admitted upon information and belief that defendants Price and VPC directed their respective work and services on the subject project to North Carolina. Except as admitted,

answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

11. It is admitted that this paragraph of the Amended Complaint references a written document, the contents of which speak for themselves. Except as admitted, the allegations of this paragraph of the Amended Complaint are denied.

12. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

13. Answering third-party defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial

14. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

15. It is admitted upon information and belief that plaintiff entered one or more agreements with VPC to build plaintiff's house. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

16. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

17. It is admitted that VPC hired answering defendant to perform framing-related services for the subject project. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as admitted or denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

18. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

19. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

20. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments

contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

21. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

22. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

23. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

24. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.
25. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

26. It is admitted that the plans pertained to a two-story residential structure that involved a slab in the basement. Admitted that plans involved slab in basement. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial

27. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

28. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

29. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

30. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

31. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

32. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

33. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

34. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

35. It is admitted upon information and belief that there were issues with the referenced sliding door, issues with an interior staircase, and issues with support of a ridge, and that none of these issues, or any other issues with the home, were caused by this answering defendant. It is further admitted upon information and belief that these issues were addressed. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as admitted or denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

36. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

37. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

38. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

39. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

40. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

41. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

42. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

43. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

44. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

45. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

46. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

47. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

48. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

49. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

50. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

51. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

52. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

53. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

54. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

55. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

56. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

57. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

58. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

59. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

60. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

61. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

62. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

63. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

64. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

65. Admitted upon information and belief.

66. Admitted upon information and belief.

67. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

68. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

69. Admitted except as to exterior stone work, which is denied.

70. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

71. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

72. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained

in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

73. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

74. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

75. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

76. It is admitted that there was an issue with the referenced sliding door that was not caused by this answering defendant, and that resolution of this issue involved additional work by this answering defendant. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as admitted or denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

77. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

78. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

79. Denied.

80. It is admitted that the work referenced in this paragraph of the Amended Complaint was performed as designed unless otherwise indicated. Except as admitted, the allegations of this paragraph of the Amended Complaint are denied.

81. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

82. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

83. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

84. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

85. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

86. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

87. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

88. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

89. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

90. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

91. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

92. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

93. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

94. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

95. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained

in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

96. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

97. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

98. The contents of this paragraph of the Alleged Complaint consist solely of one or more legal conclusions to which no response is required. To the extent a response is required, the contents of this paragraph are admitted upon information and belief.

99. It is admitted upon information and belief that there were design issues with multiple portions of the home, including but not limited to an interior staircase and the referenced sliding door, that were addressed in manners that may have deviated from the original design of those areas. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as admitted or denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

100. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

101. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

102. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

103. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

104. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

105. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

106. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained

in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

107. It is admitted upon information and belief that one or more agreements existed between plaintiff and VPC concerning the subject project, and that any such agreements, if written, would speak for themselves. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

108. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

109. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

110. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

111. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

112. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

113. The contents of this paragraph of the Alleged Complaint consist solely of one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that VPC had duties indicated under North Carolina law. Also to the extent a response is required, and except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

114. The contents of this paragraph of the Alleged Complaint consist solely of one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that VPC had duties indicated under North Carolina law. Also to the extent a response is required, and except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

115. The contents of this paragraph of the Alleged Complaint include one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that VPC had duties as may be indicated under North Carolina law. Also to the extent a response is required, any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Also to the extent a response is required, except as admitted or denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

116. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

117. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

118. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

119. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

120. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

121. The contents of this paragraph of the Alleged Complaint consist solely one or more legal conclusions and do not include factual allegations, and therefore no response is required. To the extent a response is required, it is admitted that plaintiff claims to be asserting the present action pursuant to the referenced Rule and referenced Code

provisions. Also to the extent a response is required, and except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

122. Any allegations alleging or suggesting negligence, breach of contract or other wrongdoing by this answering defendant are denied. Except as denied, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

123. The contents of this paragraph of the Alleged Complaint consist solely of one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted that the referenced Code provisions are written documents that speak for themselves. Also to the extent a response is required, and except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

124. It is admitted upon information and belief that plaintiff appears to be requesting the declaratory relief described in this paragraph of the Amended Complaint. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

125. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

126. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

127. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

128. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

129. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

130. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

131. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

132. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

133. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

134. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

135. The contents of this paragraph of the Alleged Complaint include one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that contractors and subcontractors performing construction work have duties as may be indicated under North Carolina law. Except as admitted, the contents of this paragraph are denied.

136. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

137. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

138. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

139. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

140. Admitted.

141. It is admitted that this answering defendant owed a duty to perform its work in a safe, competent, and workmanlike manner, and in accordance with North Carolina law. Except as admitted, the allegations of this paragraph are denied.

142. It is admitted that this answering defendant knew that its work would be incorporated into the subject project. Except as admitted, the allegation of this paragraph are denied.

143. It is admitted that this answering defendant knew that its work would be incorporated into the subject project. Except as admitted, the allegation of this paragraph are denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

149. It is admitted that this answering defendant had duties ass may be indicated under North Carolina law.

150. The contents of this paragraph of the Alleged Complaint include one or more legal conclusions to which no response is required. To the extent a response is required, it is

admitted upon information and belief that contractors and subcontractors performing construction work have duties as may be indicated under North Carolina law. Except as admitted, the contents of this paragraph are denied.

151. Denied.

152. Denied.

153. Denied.

154. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

155. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

156. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

157. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

158. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

159. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

160. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

161. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

162. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

163. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

164. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

165. The contents of this paragraph of the Alleged Complaint include one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that contractors and subcontractors performing construction work have duties as may be indicated under North Carolina law. Except as admitted, the contents of this paragraph are denied.

166. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

167. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

168. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

169. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

170. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

171. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

172. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

173. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

174. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

175. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

176. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

177. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

178. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

179. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

180. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

181. The contents of this paragraph of the Alleged Complaint include one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that contractors and subcontractors performing construction work have duties as may be indicated under North Carolina law. Except as admitted, the contents of this paragraph are denied.

182. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

183. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

184. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

185. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

186. It is admitted upon information and belief that an engineer performed engineering services on the subject project. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained

in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

187. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

188. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

189. It is admitted upon information and belief that engineers performing work on construction projects have duties as may be indicated under North Carolina law. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

190. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

191. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

192. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

193. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

194. The foregoing responses of this answering defendant to the Amended Complaint are reasserted as if set forth herein.

195. It is admitted upon information and belief that an engineer performed engineering services on the subject project. Except as admitted, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

196. The contents of this paragraph of the Alleged Complaint include one or more legal conclusions to which no response is required. To the extent a response is required, it is admitted upon information and belief that engineers performing work on construction projects have duties as may be indicated under North Carolina law. Except as admitted, the contents of this paragraph are denied.

197. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

198. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

199. Answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph of the Amended Complaint, and therefore this response has the effect of a denial.

EXCEPT AS ADMITTED OR OTHERWISE SPECIFICALLY ADDRESSED, ALL ALLEGATIONS OF THE FIRST AMENDED COMPLAINT ARE DENIED.

**SECOND DEFENSE**
**(Rule 12(b)(6))**

The First Amended Complaint fails to state a claim upon which relief may be granted, and should therefore be dismissed in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**THIRD DEFENSE**
**(Statutes of Limitations and Repose)**

All claims against this answering defendant are barred by the pertinent statute of limitations or statute of repose.

**FOURTH DEFENSE**
**(Negligence, Acts and Omissions of Others)**

Any damages to the plaintiff were caused by the negligence, breaches, acts, and omissions of others, including but not limited to other parties to this litigation.

**FIFTH DEFENSE**
**(Intervening Negligence)**

If it is determined that answering defendant was negligent, which is again denied, then the intervening negligence of others, including but not limited to other parties, insulated any negligence of the answering defendant, and such intervening and insulating negligence is asserted in bar of any recovery by the plaintiff against this answering defendant.

**SIXTH DEFENSE**
**(Economic Loss Rule)**

The tort claims of the Amended Complaint, including claims of negligence, are barred by the economic loss rule.

**SEVENTH DEFENSE**
**(Spearin Doctrine)**

Answering defendant adhered to all plans and specifications it received concerning its work, and therefore all claims against answering defendant are barred under the Spearin Doctrine.

**EIGHTH DEFENSE**
**(Failure to Mitigate Damages)**

Claims against this answering defendant are barred or reduced due to any failures of the plaintiff to take reasonable steps to mitigate damages.

**NINTH DEFENSE**
**(Completed and Accepted Work)**

Answering defendant's work was completed and accepted by one or more of the defendant and plaintiff, and full payment for the work was issued to this answering defendant. Therefore, the completed and accepted work doctrine bars the claims against this answering defendant.

**TENTH DEFENSE**
**(Alteration or Modification)**

If work done by this answering defendant was altered or modified by any other entity, such alteration or modification is asserted in bar of recovery against this answering defendant.

**ELEVENTH DEFENSE**
**(N.C. Gen. Stat § 22B-1)**

Answering defendant asserts N.C. Gen. Stat. § 22B-1 in defense and bar against all claims seeking indemnification, costs, and/or attorney fees, whether based on express indemnity, implied-

in-fact indemnity, implied-in-law indemnity, or on any other equitable theories of indemnity, on the grounds that plaintiff is seeking recovery for damages, costs, and/or attorney fees that were, upon information and belief, directly and proximately caused in whole or in part by plaintiff's own active and primary negligence.

**TWELFTH DEFENSE**
**(No Duty)**

Answering defendant owed no legal duty, and breached no duty, as alleged in the Amended Complaint to the plaintiff, and this lack of duty owed and breached is asserted in bar of recovery against this answering defendant.

**THIRTEENTH DEFENSE**
**(Chapter 1B - Contribution)**

Answering defendant is not negligent and is not a joint tortfeasor, and therefore there can be no recovery based upon contribution under Chapter 1B of the North Carolina General Statutes.

**FOURTEENTH DEFENSE**
**(Reservation of Defenses)**

Answering defendant reserves the right to assert additional defenses, including affirmative defenses, as may become warranted.

WHEREFORE, defendant Price framing and construction LLC, having answered the First Amended Complaint, respectfully prays the Court:

1. that plaintiff have and recover nothing of this answering defendant, and that this action be dismissed with prejudice;

2. that the costs of this action be assessed to one or more parties other than this answering defendant;

3. that this answering defendant have and recover its costs, and a reasonable attorney fee as allowed by law;

4. for a trial by jury on all matters and issues so triable; and

5. for such other and further relief such as to this Court may seem just and reasonable.

September 16, 2026.

/s/ David M. Harmon
David M. Harmon
N.C. Bar No. 28395
YORK HARMON JOHNSON EHRLICH, LLP
115 N. Torrence Street
Charlotte, NC 28204
Telephone: (704) 731-7768
dharmon@yhjlaw.com
*Attorney for Defendant Price Framing and Construction LLC*

**CERTIFICATE OF SERVICE**

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the United states District Court for the Western District of North Carolina, does hereby certify that the foregoing document was served this day via CM/ECF to the following:

Jonah Nathan Bamel
Paul Agustus Capua
CAPUA LAW FIRM, PA
118 North Depot Street
Boone, NC 28607
828-503-1377
828-378-0236 (fax)
jonah@capualaw.com
paul@capualaw.com
*Counsel for Plaintiff*
*Doug S. Riordan*

Paul Evertt Culpepper
YOUNG, MORPHIS, BACH & TAYLOR, LLP
P.O. Drawer 2428
Hickory, NC 28603
828-322-4663
828-324-2431 (fax)
paul@hickorylaw.com
*Counsel for Defendant VPC Builders*

Nathan Arthur Miller
MILLER & JOHNSON, PLLC
PO Box 49
Boone, NC 28607
828-264-1125
828-262-3544 (fax)
nathan@millerandjohnsonlaw.com
*Counsel for Defendant VPC Builders*

Amie C. Sivon
John M. Nunnally
RAGSDALE LIGGETT PLLC
2840 Plaza Place
Suite 400
Raleigh, NC 27612
919-787-5200
919-783-8991 (fax)
asivon@rl-law.com
jnunnally@rl-law.com

September 16, 2026.

/s/ David M. Harmon
David M. Harmon
N.C. State Bar No. 28395
YORK HARMON JOHNSON EHRLICH, LLP
115 N. Torrence Stret
Charlotte, NC 28204
(704) 731-7768
dharmon@yhjlaw.com
*Attorney for Defendant Price Framing and Construction LLC*