IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:25-CV-000230

DOUGLAS S. RIORDAN,

Plaintiff,

v.

VPC BUILDERS, LLC; TIMOTHY A. CHURCH D/B/A TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC. AND ARETE ENGINEERS, PLLC,

Defendants.

vs.

VPC BUILDERS, LLC,

Counterclaim Plaintiff,

v.

ERIN RIORDAN,

Third-Party Defendant

**A FLOORING OUTLET, INC.'s MOTION TO DISMISS CROSSCLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), and LCvR 5.2.1, Defendant A FLOORING OUTLET, INC. hereby moves to dismiss the crossclaim filed against it by VPC Builders, Inc., as VPC Builders, Inc. has failed to state a claim upon which relief can be granted as the Economic

Loss Rule bars the crossclaim. Pursuant to LCvR 5.2.1, Defendant A FLOORING OUTLET, INC.'s accompanying brief in support of this motion is being contemporaneously filed herewith.

Respectfully submitted,

This the 21 day of September, 2026.


MCANGUS GOUDELOCK & COURIE, PLLC

/s/John E. Spainhour
NC Bar No. 28089
10 Brook Street, Suite 200
Asheville, North Carolina 28803
Phone: (828) 575-1902
Fax: (828) 707-9423
Email: jspainhour@mgclaw.com

ATTORNEYS FOR A FLOORING OUTLET, INC.