**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 1:25-cv-00230-MR-WCM**

| | |
|---|---|
| DOUGLAS S. RIORDAN<br><br>Plaintiff,<br><br>v.<br><br>VPC BUILDERS, LLC; TIMOTHY A. CHURCH d/b/a TIMOTHY CHURCH MASONRY; PRICE FRAMING AND CONSTRUCTION, LLC; WATAUGA VALLEY SERVICES, LLC; A FLOORING OUTLET, INC.; and ARETÉ ENGINEERS, PLLC,<br><br>Defendants. | **THIRD-PARTY COMPLAINT BY PRICE FRAMING AND CONSTRUCTION** |
| PRICE FRAMING AND CONSTRUCTION LLC<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BMG CONSTRUCTION LLC<br><br>Third-Party Defendant. | |

NOW COMES defendant Price framing and construction LLC ("Price"), by and through counsel, complaining of third-party defendant BMG CONSTRUCTION LLC ("BMG") as follows:

1. Third-party plaintiff Price is a limited liability company organized, operating and headquartered with a principle office address in North Carolina.

2. Third-party defendant BMG CONSTRUCTION LLC is a limited liability company organized, operating and headquartered in North Carolina, having a principal office address, registered office address, and registered mailing address of 3029 Gloxinia Rd., Charlotte, NC 28213.
3. Upon information and belief, BMG may be served with process via its registered agent Roberto Gomez, who has the registered agent office street address of 3029 Gloxinia Rd., Charlotte, NC 28213.
4. This Court has jurisdiction over both the third-party defendant BMG and the subject matter of this dispute.
5. In April of 2023, Price entered into an agreement with general contractor VPC Builders, LLC ("VPC") to perform framing and siding services for the construction of plaintiff Douglas Riordan's residence located, upon information and belief, at 3916 Shulls Mills Road in or near Boone, North Carolina (the "Project").
6. In June of 2023, Price entered into an agreement with subcontractor BMG for the framing and siding services that were the subject of the agreement between VPC and Price.
7. BMG performed the framing and siding services on the Project pursuant to the agreement between BMG and Price.
8. On July 28, 2026, plaintiff filed a First Amended Complaint against Project general contractor VPC and several other defendants including Price, a copy of which is attached hereto and incorporated herein as <u>Exhibit A.</u>

9. The Amended Complaint alleges construction deficiencies on the Project that included work performed under the agreement between Price and BMG that resulted in damage to the subject residence.

10. The Amended Complaint asserts claims against Price for negligence and breach of implied duty of workmanlike performance.

11. Price has denied all claims by plaintiff against Price

12. On August 27, 2026, VPC filed pleadings responsive to the Amended Complaint which included crossclaims against all other defendant, including Price, a copy of which is attached hereto and incorporated herein as Exhibit B.

13. VPC's crossclaims are for breach of contract, negligence, breach of express and implied warranties, indemnity and contribution.

14. Price has denied all crossclaims by VPC against Price.

15. This Third-Party Complaint by Price against BMG is filed timely, within the applicable statutes of limitations and repose.

16. All conditions precedent to the filing of this Third-Party Complaint have been satisfied.

**FIRST CLAIM**
**(Breach of Contract)**

17. Price and BMG entered into one or more valid contracts for BMG to perform framing and siding work and services on the Project.

18. If Price is found to be liable to plaintiff and/or VPC in any manner, which is denied, then it is alleged that BMG breached its contact or contracts with Price in failing to perform all work and services for which BMG was hired, and that such breaches were the primary, active and sole cause of any injury or damages sustained by the plaintiff or VPC, and

therefore Price is entitled to recover from BMG any and all damages for which Price is found liable, and is entitled to complete indemnification.

**SECOND CLAIM**
**(Negligence)**

19. If it is determined that Price and BMG did not enter into valid contracts for BMG to perform work and services on the Project, BMG nevertheless had an obligation and duty to perform its work in a workmanlike manner and consistent with its professional obligations.

20. If Price is found to be liable to plaintiff and/or VPC in any manner, which is denied, then it is alleged that BMG was negligent in its performance of the work and services for which BMG was hired, and that such negligence was the primary, active and the sole cause of any injury or damages sustained by the plaintiff or VPC, and therefore Price is entitled to recover from BMG any and all damages for which Price is found liable, and is entitled to contribution under Chapter 1B of the North Carolina General Statutes.

**THIRD CLAIM**
**(Breach of Express and Implied Warranties)**

21. BMG expressly and impliedly warranted to Price that all work would be done under the agreements with Price for work on the Project would be of good quality and completed in conformity with manufacturer's instructions, applicable codes, and plans and designs for the Project.

22. If Price is found to be liable to plaintiff and/or VPC in any manner, which is denied, then defects and deficiencies were the direct results of BMG's breach of applicable express and

implied warranties, which have subjected Price to liability and damages by way of, and not limited to, attorney fees and costs in defending this action.

WHEREFORE, defendant/third-party plaintiff Price framing and construction LLC respectfully prays the Court:

1. that plaintiff and crossclaimant VPC Builders, LLC have and recover nothing of this defendant, and that this action be dismissed with prejudice;

2. that the costs of this action be assessed to one or more parties other than this answering defendant;

3. That third-party plaintiff Price framing and construction LLC recover full indemnification from third-party defendant BMG CONSTRUCTION LLC;

4. That third-party plaintiff Price framing and construction LLC recover full contribution from third-party defendant BMG CONSTRUCTION LLC;

5. That third-party plaintiff Price framing and construction LLC recover any and all damages assessed against it by plaintiff and/or crossclaimant VPC Builders, LLC from third-party defendant BMG CONSTRUCTION LLC

6. that this answering defendant have and recover its costs, and a reasonable attorney fee as allowed by law;

7. for a trial by jury on all matters and issues so triable; and

8. for such other and further relief such as to this Court may seem just and reasonable.

[INTENTIONALLY BLANK]

September 30, 2026.

/s/ David M. Harmon
David M. Harmon
N.C. Bar No. 28395
YORK HARMON JOHNSON EHRLICH, LLP
115 N. Torrence Street
Charlotte, NC 28204
P: (704) 731-7768
F: (704) 375-6895
dharmon@yhjlaw.com
*Attorney for Defendant Price Framing and Construction LLC*

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina and the United States District Court for the Western District of North Carolina, does hereby certify that the foregoing document was served this day via CM/ECF to the following:

**Jonah Nathan Bamel**
**Paul Augustus Capua**
Capua Law Firm, PA
118 N Depot Street
Boone, NC 28607
828-503-1377
828-378-0236 (fax)
jonah@capualaw.com
paul@capualaw.com
*Counsel for Plaintiff/Counter Defendant Doug S. Riordan and Counter Defendant Third-Party Defendant Erin Riordan*

**Jeffrey Scott Bolster**
Bolster Rogers, PC
1300 Baxter Street, Suite 430
Charlotte, NC 28204
704-347-4884
704-347-1087 (fax)
jbolster@bolsterrogers.com
*Counsel for Defendant/Cross Defendant/ Third-Party Plaintiff Watauga Valley Service, LLC*

**Paul Everett Culp**
Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603
828-322-4663
828-324-2431 (fax)
paulc@hickorylaw.com
*Counsel for Defendant/Cross Claimant/ Counter Claimant/Third-Party Plaintiff VPC Builders LLC*

**Melissa Rene Monroe**
Bolster Rogers, PC
1213 W. Morehead Street, 5th Floor
Charlotte, NC 28208
704-347-4884
mmonroe@bolsterrogers.cm
*Counsel for Defendant/Cross Defendant/ Third-Party Plaintiff Watauga Valley Services, LLC*

**Nathan Arthur Miller**
Miller & Johnson PLLC
P.O. Box 49
Boone, NC 28607
828-264-1125
828-262-3544 (fax)
nathan@millerandjohnsonlaw.com
*Counsel for Defendant/Cross Claimant/ Counter Claimant/Third-Party Plaintiff VPC Builders LLC*

**John E. Spainhour**
McAngus Goudelock & Courie, LLC
10 Brook Street, Suite 200
Asheville, NC 28803
828-575-1902
jspainhour@mgclaw.com
*Counsel for Defendant/Cross Defendant A Flooring Outlet, Inc*

**Amie C. Sivon**
Ragsdale Liggett PLLC
2840 Plaza Place, Suite 400
Raleigh, NC 27612
919-787-5200
919-783-8991 (fax)
asivon@rl-law.com
*Counsel for Defendant/Cross Defendant*
*Arete Engineers, PLLC*

**John M. Nunnally**
Ragsdale Liggett, PLLC
P.O. Box 31507
Raleigh, NC 27622-1507
919-787-5200
919-783-8991 (fax)
jnummally@rl-law.com
*Counsel for Defendant/Cross Defendant*
*Arete Engineers, PLLC*

September 30, 2026.

/s/ David M. Harmon
David M. Harmon
N.C. State Bar No. 28395
YORK HARMON JOHNSON EHRLICH, LLP
115 N. Torrence Stret
Charlotte, NC 28204
P: (704) 731-7768
F: (704) 375-6895
dharmon@yhjlaw.com
*Attorney for Defendant Price Framing and*
*Construction LLC*