# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Douglas S. Riorden
*Plaintiff*
v.
Price Framing and Construction LLC
*Defendant, Third-party plaintiff*
v.
BMG Construction LLC
*Third-party defendant*

Civil Action No. 1:25-cv-00230

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*
BMG CONSTRUCTION LLC
C/o Registered Agent and Memeber Roberto Gomez
3029 Gloxinia Rd.
Charlotte, NC 28213

A lawsuit has been filed against defendant Price Framing and Constru , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Douglas S. Riorden

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

David M. Harmon
York Harmon Johnson Ehrlich, LLP
115 N. Torrence St.
Charlotte, NC 28204

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Capua
Capua Law Firm
164 South Depot St.
Boone, NC 28607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Civil Action No. 1:25-cv-00230

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*: ____________________
____________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: